UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RHONDA P. LEY, Regional Director of the Third Region
of the National Labor Relations Board, for and on behalf
of the National Labor Relations Board,

                                Plaintiff,

                                                                         <u>ORDER</u>

                                                                          12-CV-6556L

                v.

ACE MASONRY, INC.,
d/b/a Ace Unlimited
BELLA MASONRY, LLC
alter egos,

                                Defendants.
_____

       On March 12, 2013, the Court issued an Order (Dkt. #21) directing the parties in this action to show cause in writing why this action should not be dismissed on grounds of mootness. Familiarity with that Order and with the underlying facts is assumed.

       Counsel for petitioner has filed a response (Dkt. #22) stating that petitioner "has no objection to the Court's dismissal of the above-captioned case on the grounds of mootness." *Id.* Respondents have not submitted any response to the Order to Show Cause or to Petitioner's most recent filing. Accordingly, this action is dismissed as moot.

**CONCLUSION**

       This action is hereby dismissed as moot.

       IT IS SO ORDERED.

                                                    _____
                                                       DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
          March 26, 2013.